# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THERESA B. BRADLEY,

    Plaintiff,

v.                                     CASE NO. 4:05cv220-RH/WCS

STATE OF FLORIDA, AND
AGENCY FOR WORKFORCE
INNOVATION,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's *in forma pauperis* motion is GRANTED. Plaintiff's complaint (document 1) is DISMISSED for lack of subject matter jurisdiction. The clerk shall enter judgment and close the file.

SO ORDERED this 29th day of August, 2005.

                                                     s/Robert L. Hinkle
                                                     Chief United States District Judge